**An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.**

# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| PARADISE HARBOR PLACE TRUST,<br>Appellant,<br>vs.<br>GREEN TREE SERVICING, LLC,<br>Respondent. | No. 66548<br><br>**FILED**<br><br>NOV 1 2 2014<br><br>TRACIE K. LINDEMAN<br>CLERK OF SUPREME COURT<br>BY_____<br>DEPUTY CLERK |

## *ORDER DISMISSING APPEAL*

Cause appearing, appellant's motion for a voluntary dismissal of this appeal is granted. This appeal is dismissed. NRAP 42(b). Each party shall bear its own fees and costs.

It is so ORDERED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: _____

cc: Hon. Susan Johnson, District Judge
Law Offices of Michael F. Bohn, Ltd.
Brooks Hubley LLP
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

14-37162